# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 28, 2023 |
| **Bankruptcy Case** | No. 18 MP 90003 | **Adversary** | |

**Brief Statement of Motion**

Keinesha S. Cox

Order granting motion for permission to file documents

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The motion of restricted filer Keinesha S. Cox for permission to file documents is granted.

Cox may file a chapter 13 petition and all related documents and may also file any documents necessary in the new chapter 13 case.

A. Benjamin Goldgar

Chief Judge